1  Patrick J. Crank
   Robert A. Nicholas
2  **NICHOLAS & CRANK, P.C.**
   2515 Warren Avenue, Suite 505
3  P.O. Box 1709
   Cheyenne, WY 82003
4  307 -t;34-2994
   307-635-7155 (fax)
5
   Attorneys for Barbara H. Carlsberg, individually and the Barbara H. Carlsberg Year 2000
6  Revocable Intervivos Trust

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 NOV 1 AM 8 16

STEPHAN HARRIS, CLERK
CHEYENNE

7              **UNITED STATES DISTRICT COURT**

8              **FOR THE DISTRICT OF WYOMING**

9

| | |
|---|---|
| 10 **BARBARA H. CARLSBERG, and the** | Civil Action No. 11-CV-267-j |
| 11 **BARBARA H. CARLSBERG YEAR 2000 REVOCABLE INTERVIVOS TRUST,** | |
| 12 | **JUDGMENT AGAINST PAUL JOHN GIUNTINI** |
| 13 Plaintiffs, | |
| v. | [No Hearing Set] |
| 14 **PAUL JOHN GIUNTINI,** | |
| 15 Defendant. | |

16          Upon consideration of the Settlement Agreement and the Stipulation for Entry of

17  Judgment Against Paul John Giuntini, it is

18          **ORDERED, ADJUDGED AND DECREED**, that judgment is hereby granted in favor

19  of Barbara H. Carlsberg, individually and the Barbara H. Carlsberg Year 2000 Revocable

20  Intervivos Trust against Paul John Giuntini in the amount of Two Million Eight Hundred Fifty-

21  Eight Thousand Two Hundred Thirteen Dollars and Seventy-Two Cents ($2,858,213.72).

22

23

24  Dated: 11/1/2012          _____

25                            JUDGE FOR THE

26                            UNITED STATES DISTRICT COURT

27

28

1